**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

John Louis Price,      )
                          )
      Plaintiff,      )
                          )
      v.            )     **Civil Action No.**
                          )
United Medical Center,      )
                          )
      Defendant.      )

**FILED**

MAY 13 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**10 0774**

### MEMORANDUM OPINION

This matter is before the Court on the plaintiff's pro se complaint and application to proceed without prepayment of fees. The application will be granted and the complaint will be dismissed.

The plaintiff alleges that security officers from the United Medical Center ("UMC") assaulted him and took his money while he was "strap[ped] down to [a] bed." Compl. at 1. He also alleges that a nurse at the UMC gave him an injection that caused him to fall asleep. *Id.* He seeks the following relief: "I want the Court to arrest the officers that assaulted me and stole my money. I want the UMC charge[d] for injecting me with medicine that made me faint. . . . I'm asking for 5 million dollar[s]." *Id.* at 1-2.

Unlike state courts of general jurisdiction, federal district courts have limited jurisdiction. A federal district court has jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. Here, however, the complaint appears to arise from an alleged altercation between security personnel of a hospital and the plaintiff, and an alleged theft of personal property. These incidents do not appear to arise under the Constitution, laws or treaties of the United States.

A federal district court also has jurisdiction over civil actions in matters where the controversy exceeds $75,000 and where there is complete diversity of citizenship among the parties. *See* 28 U.S.C. § 1332(a). Here, the plaintiff demands $5 million in damages, but it also appears that both the plaintiff and the defendant are citizens of the District of Columbia. Therefore, complete diversity of citizenship among the parties is lacking.

Accordingly, the Court will dismiss the complaint, without prejudice, for lack of subject matter jurisdiction. A separate order accompanies this memorandum opinion.

Date: *April 23, 2010*

United States District Judge

2